CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

June 07, 2024

LAURA A. AUSTIN, CLERK
BY: /s/T. Taylor
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GILFORD A. LEE,<br>    Plaintiff,<br><br>v.<br><br>RANDY BOYD,<br>    Defendant(s). | Civil Action No. 7:24-cv-00287<br><br>**MEMORANDUM OPINION**<br><br>By:  Thomas T. Cullen<br>United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint under 42 U.S.C. §1983.  By order entered April 30, 2024, the court directed plaintiff to submit, within 30 days from the date of the order, a prisoner trust-account report (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. The prisoner trust-account report was to be filled out, signed, and dated by the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court will dismiss the action without prejudice and strike the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER:  This 7th day of June, 2024.

_____
United States District Judge