IN THE UNITED STATES DISCTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Roanoke Division

Gilford. A. Lee

    *Plaintiff,*

v.                                      Civil Action Case No. 7:24cv287

Randy Boyd, C-Bldg. Unit Manager,

    *Defendant.*

**<u>AFFIDAVIT</u>**

State of Virginia, County of Wise, to-wit:

    R. BOYD, first being duly sworn, states as follows:

    1.    I was a Unit Manager of C-Building at Wallens Ridge State Prison ("WRSP"), a Virginia Department of Corrections ("VDOC") facility.

    2.    I base the information contained in this affidavit on personal knowledge and records maintained in the regular and ordinary course of business.

    3.    I am generally aware that inmate Gilford Lee ("Lee"), VDOC #1937321, has filed a lawsuit wherein he alleges that, while incarcerated at WRSP, he was a victim of a hate crime as he was assaulted by another inmate while trying to use the pod phone.

    4.    Based on my review of Lee's files, Lee was transferred to WRSP on August 14, 2023, and was assigned to D-Building, Segregation, cell 203-B. On August 31, 2023, Lee was assigned to C-Building, General Population, cell 408-B. Various factors determine inmates' housing assignments, including their classification assessment. Lee was assigned to General Population based on his assessment. I did not

1

tell Lee that he could not be moved because of his sexual orientation. I did not discriminate against Lee.

5. On February 22, 2024, I was informed of an incident that took place during pod recreation in C-Building, involving Lee and other inmates in that pod. At approximately 2:37 pm, while C-4 top tier was out for pod recreation, the Gun Post officer observed Lee laying on the floor and called for assistance immediately. Lee then was restrained and escorted to Medical for assessment. A copy of the Internal Incident Report IIR-WRSP-2024-000596 that I completed on February 22, 2024, that describes the incident, is attached as Enclosure A.

6. I have reviewed the MAXPRO video footage from February 22, 2024, relevant to the incident that took place on that day, to determine who was involved in the altercation. The MAXPRO footage revealed Lee struck another inmate by the pod phones, and the other inmate engaged in the altercation, striking Lee in the face. Soon after, Lee was observed falling to the ground and the altercation ceased. Both inmates were escorted to Medical right after for assessment. No force was used to apprehend the inmates. Based on the evidence presented, Lee was determined to be an instigator of the altercation with another inmate. Lee and the other inmate involved in the altercation were both referred to Restorative Housing Unit ("RHU"), and were charged with Offense Code 218, "Fighting with Any Person".

7. A copy of the MAXPRO video footages relevant to Lee's allegations as set forth in paragraph 3 of this affidavit, has been put on a CD and sent to this the Court in support of this Affidavit. The CD contains footage from three different cameras. The first MAXPRO footage is titled "240226100932_WRSP340HUC" and it is nine minutes

and fifty-nine seconds long. The second MAXPRO footage is titled "240226100932_WRSP341HUC" and it is nine minutes and fifty-nine seconds long. The third MAXPRO footage is titled "240226100932_WRSP342HUC" and it is nine minutes and fifty-eight seconds long.

8. The MAXPRO videos are an exact recording of the incident that took place on February 22, 2024, at WRSP, that involved inmate Lee and another inmate. The attached video has not been altered or changed in any way.

9. Contrary to the allegations as set forth in paragraph 3 of this Affidavit, there was no evidence found to support Lee's allegations that he was a victim of a hate crime from an inmate or staff, or that I discriminated against Lee. All staff at WRSP conduct themselves professionally and in accordance with institutional policies and procedures.

RANDY BOYD

_____
Affiant

Sworn and subscribed to before me, a Notary Public, in and for the State of Virginia, County of Wise, on this 18 day of November 2025.

_____
Notary Public

My commission expires: 9/30/27

3

Virginia Department of Corrections

## Internal Incident Report

DOC Location: OAG Office of Attorney General
Report generated:
Report run:

| Internal Incident Number: | Date/Time of Incident: | DOC Location: | | |
|---|---|---|---|---|
| IIR-WRSP-2024-000596 | February 22, 2024 @ 02:37 PM | Wallens Ridge State Prison | | |
| **Reporting Staff:** | Boyd, Randy A | **Title/Shift:** | Unit Manager, Other, None | |
| **Date Reported:** | 02/22/2024 | **Time:** | 04:19 PM | |
| **Offenders Involved:** | 1198755 | Hunter, Clyde E | | C-4-411-B |
| | 1937321 | Lee, Gilford A | | C-4-412-B |
| **Staff Involved:** | Baker, Justin | | Corrections Officer | |
| | Boyd, Randy A | | Unit Manager | |
| | Broyles, Michael B | | Corrections Officer | |
| | McCracken, Decan | | Corrections Officer | |
| | Smith, Christopher M | | Corrections Officer | |
| **Visitors Involved:** | | **Others Involved:** | | |
| **Type of Incident:** | Fighting between inmates or CCAP probationers/parolees | | | |
| **Location of Incident:** | GP Dayroom - C-4 | | | |
| **Gang Related:** | No | **Confidential:** | No | **PREA:** No |

**Description of Incident:**

Synopsis: On February 22, 2024, at approximately 2:37 p.m. C-4 top tier was out for pod recreation and the C-4, 5, 6 Gun post Officer M. Broyles observed inmate G. Lee laying on the floor and called for assistance for C-4 pod. Inmate G. Lee # 1937321 C-412 was restrained and escorted to Medical to be assessed by medical staff. After reviewing the MAXPRO camera Unit Manager R. Boyd observed inmate G. Lee # 1937321 C-412 and inmate C. Hunter# 1198755 C-411 became involved in a physical altercation. Inmate C. Hunter knocked inmate G. Lee to the floor and the physical altercation ceased Inmate C. Hunter walked to the shower and then to his cell. Inmate C. Hunter was restrained and escorted to medical for medical assessment and escorted to RHU and charged with a 218. Inmate G. Lee # 1937321 after being assisted by medical staff it was determined that he would need further evaluation at Lonesome Pine ER. Inmate G. Lee will be placed in RHU and charged with 218. No force was used and no Injuries to staff. Digital photos were taken of inmates.

Narrative: On February 22, 2024, at approximately 2:37 p.m. C-4 top tier was out for pod recreation and the C-4, 5, 6 Control Officer M. Broyles observed inmate G. Lee laying on the floor and called for assistance for C-4 pod and immediately called for assistance in the pod. Officer J. Baker responded and observed inmate G. Lee #1937321 who was housed in C-412 bleeding from the facial area. Officer Baker restrained inmate Lee and escorted him to medical for assessment. He was placed in the treatment room where digital photos were taken and he was assessed by R.N. C. Collins who stated: "Seen after altercation has laceration to left eyebrow approx 2 X 1 inch." It was determined that inmate Lee would need further off-site treatment for injuries sustained.

Unit Manage R. Boyd reviewed the MaxPro camera footage to determine who was involved in the altercation. It was concluded that inmate C. Hunter #1198755 housed in C-411 was the other party involved in the altercation. MaxPro camera footage revealed inmate Lee strike inmate Hunter by the pod phones, and inmate Hunter engage in the altercation, striking inmate Lee in the face and soon after falling to the ground and the altercation ceased. Lieutenant Gilley reported to C-411 and secured handcuff restraints on inmate Hunter. Lieutenant Gilley was relieved by Officers D. McKracken and C. Smith. Officers McKracken and Smith escorted inmate Hunter to medical for assessment where digital photos were taken and he was seen by R.N. P. Deel who stated: "Seen Inmate per security after altercation. Inmate had 2-3 inch laceration on right middle knuckle deep laceration. Cleaned with alcohol and iodine then add dermabond to hold together. Called MD he stated to send er with next 6-8 hrs. Inmate placed in medical till trip to ER." After assessment inmate Hunter was escorted and secured in Infirmary #3 where a proper strip search was conducted and he was issued new state scrubs and awaited transportation.

**ENCLOSURE A**

A transportation team was assembled to transport inmate G. Lee to local facility for further treatment. Officer C. Smith and Officer D. McKracken strip searched inmate G. Lee and issued new scrubs for transportation. Officer Smith secured transportation restraints on inmate Lee that were checked by Sergeant S. Fields. Officers Smith and McKracken escorted inmate Lee from medical to the sallyport where inmate Lee was secured in a security transportation vehicle and exited the sallyport at 4:15 p.m. enroute to Lonesome Pine Hospital.

Inmate G. Lee #1937321 was treated and discharged from Lonesome Pine Hospital where he received eight sutures to his left orbital eyebrow area and returned to Wallens Ridge State Prison at approximately 7:50 P.M. He was assessed post hospital care in Treatment Room One by Wallens Ridge medical staff. Vital statistics were normal. After assessment inmate Lee was escorted and secured in Infirmary #6 without incident.

Inmate C. Hunter was transported to Lonesome Pine Hospital for suspected injury sustained to his hand. Lonesome Pine medical staff conducted a CT scan and X-ray of inmate Hunter's hand and determined there were no broken bones or fractures. Inmate Hunter was discharged and transported to Wallens Ridge State Prison post hospital care at approximately 1:35 A.M. Inmate Hunter was processed through intakes and escorted to medical to speak with Wallens Ridge medical staff post hospital care. Inmate stated to medical department that he was okay and did not wish to have his vital statistics conducted. Inmate Hunter was escorted to Medical Infirmary 3 Cell and secured without incident.

Inmate G. Lee was referred to Restorative Housing and charged with 218 Fighting with any person.
Inmate C. Hunter was referred to Restorative Housing and charged with 218 Fighting with any person.

No injury to staff. No force utilized.

**Notifications:**

| Name: | Title: | Date/Time Notified: |
|---|---|---|
| Artrip, Jeffery C | Warden | February 22, 2024 @ 02:40 PM |
| Blevins, James H | Assistant Warden | February 22, 2024 @ 02:40 PM |
| Boyd, Randy A | Administrative Duty Officer | February 22, 2024 @ 02:40 PM |
| Fleming, Kenneth M | Institutional Investigator | February 22, 2024 @ 02:40 PM |
| Hall, Thomas W | Chief of Security | February 22, 2024 @ 02:40 PM |
| Pozeg, Michael | Chief of Housing and Programs | February 22, 2024 @ 02:40 PM |

| **Approved By:** | Gilley, Martin W | **Title:** | Corrections Lieutenant | | |
|---|---|---|---|---|---|
| **Action Taken:** | Approved | **Review Date:** | 02/23/2024 | | |
| **Investigation:** | No | **Assigned to:** | | | |
| **Comments:** | | | | | |