Gilford Lee #1937321
P.O. Box 1900
Pound, Va. 24279
March. 1. 2025
Case # Lee v. Boyd 7:24-cv-287

Magistrate Judge Joel C. Hoppe
United States District Court
~~Office of the Clerk~~
210 Franklin Rd. RM. 540
Roanoke Va, 24011

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE. VA
FILED

MAR 05 2026

LAHRAN AUSTIN CLERK
BY: _____
DEPUTY CLERK

Judge, Hoppe.
    I write to your office due to the fact that I have written to the defendant through the attorney general due to the fact that I learned that the A.G. has the authority to agree to A settlement. Well I asked for A settlement in the above case and six more complaints that I have pending against the commonwealth of Virginia. On Oct 6, 2024 I asked the defendant for settlement and I was denied. I also asked for a settlement recently and at this time I have not heard from the defendant. From my understanding the courts like to resolve cases as soon as possible, so at this time I would like to ask for your help in this matter.

I would like to have this ordeal settled as soon as possible.
Well, I hope to hear from your office In the near
future.


                                        Thank You,

                                            Mr. Lee

C.C.File.

Gilford Lee #937321
Red Onion State Prison
P.O. Box 1900
Pound, Va. 24279

VIRGINIA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED NOR INSPECTED THIS
ITEM THEREFORE, THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS

CHARLOTTE NC EPC 281
3 MAR 2026 PM 5 L



Magistrate Judge Joel C. Hoppe
United States District Court
210 Franklin Rd. RM 540
Roanoke, Va. 24011

RECEIVED
DATE
MAR 02 2026
MAILROOM

RECEIVED

MAR 05 2026

USDC Clerk's Office
____ Mail Room ____

24011-220840